

# Fourth Court of Appeals
## San Antonio, Texas

February 12, 2018

No. 04-17-00507-CV

Esther G. **VILLARREAL**,
Appellant

v.

Ciro M. **VILLARREAL**,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-00294
Honorable Norma Gonzales, Judge Presiding

# O R D E R

In this dispute over the terms of the sale of the marital home, the trial court appointed a receiver to dispose of the divorcing couple's house. Appellant Esther G. Villarreal appeals the terms of the final divorce decree pertaining to the sale of the house and the order appointing a receiver. Before Appellant's brief was due, the parties filed a joint motion to stay the trial court's August 17, 2017 order appointing a receiver and to abate this appeal for ninety days for the parties to settle their dispute through mediation.

On September 13, 2017, we granted the parties' motion, abated this appeal, and ordered the parties to file in this court not later than December 6, 2017, either (1) a motion to dismiss the appeal or (2) a motion to reinstate the appeal on the court's docket so the appeal may proceed. We advised the parties that if they failed to settle their dispute, Appellant's brief would be due on December 27, 2017.

On December 12, 2017, this court granted the parties agreed motion to reinstate the appeal and to abate the appeal for an additional sixty days. Appellant was ordered to file, in this court, not later than February 5, 2018, (1) a motion to dismiss the appeal or (2) a motion to reinstate the appeal on the court's docket so the appeal may proceed.

On December 5, 2018, the parties filed an agreed motion to reinstate the appeal and to abate the appeal for an additional sixty days. They state that the "house is currently under contract for sale" and "[s]ale of the subject house would render the appellate proceedings in this Court moot."

The parties' agreed motion to continue the stay of the trial court's order appointing a receiver and the period that this appeal is abated until February 5, 2018, is GRANTED.

We ORDER Appellant to file in this court not later than April 9, 2018, (1) a motion to dismiss the appeal or (2) a motion to reinstate the appeal on the court's docket so the appeal may proceed.

We caution the parties that if they fail to settle their dispute by April 9, 2018, absent extenuating circumstances, this court will not grant any further motion to extend the period that this appeal is abated.

Appellant's brief will be due on May 10, 2018, and any motions for extension of time to file either Appellant's brief or Appellee's brief will be strongly disfavored. All other appellate deadlines remain SUSPENDED pending further order of this court.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of February, 2018.

KEITH E. HOTTLE,
Clerk of Court